# EXHIBIT CC

# ACORD&trade; CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 7/31/2013

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
BB&T - Cooper, Love, Jackson,
Thornton & Harwell
PO Box 139
Nashville, TN 37202-0139

RECEIVED AUG 0 6 2013

**INSURED**
Phoenix Framing LLC
3326 Aspen Grove Drive, Suite 506
Franklin, TN 37067-2837

| CONTACT NAME: | Donell Stover | |
|---|---|---|
| PHONE (A/C, No, Ext): | 615 292-9000 | FAX (A/C, No): 8777677417 |
| E-MAIL ADDRESS: | | |

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Selective Insurance Co of Ameri | 12572 |
| INSURER B: Citizens Insurance Co of Americ | 31534 |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**COVERAGES**     CERTIFICATE NUMBER:     REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY   CLAIMS-MADE X OCCUR   X PD Ded:2,000   GEN'L AGGREGATE LIMIT APPLIES PER: POLICY X PRO-JECT LOC | | | 190801404 | 08/01/2013 | 08/01/2014 | EACH OCCURRENCE DAMAGE TO RENTED PREMISES (Ea occurrence) MED EXP (Any one person) PERSONAL & ADV INJURY GENERAL AGGREGATE PRODUCTS - COMP/OP AGG | $1,000,000 $100,000 $5,000 $1,000,000 $2,000,000 $2,000,000 $ |
| A | **AUTOMOBILE LIABILITY** X ANY AUTO   ALL OWNED AUTOS   SCHEDULED AUTOS X HIRED AUTOS X NON-OWNED AUTOS | | | 190801404 | 08/01/2013 | 08/01/2014 | COMBINED SINGLE LIMIT (Ea accident) BODILY INJURY (Per person) BODILY INJURY (Per accident) PROPERTY DAMAGE (Per accident) | $1,000,000 $ $ $ $ |
| A | X UMBRELLA LIAB X OCCUR   EXCESS LIAB CLAIMS-MADE   DED X RETENTION $0 | | | 190801404 | 08/01/2013 | 08/01/2014 | EACH OCCURRENCE AGGREGATE | $5,000,000 $5,000,000 $ |
| B | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N | N/A | WC001310157 | 08/01/2013 | 08/01/2014 | X WC STATU-TORY LIMITS / OTH-ER E.L. EACH ACCIDENT E.L. DISEASE - EA EMPLOYEE E.L. DISEASE - POLICY LIMIT | $1,000,000 $1,000,000 $1,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Project: The Lofts at City Center, 1309 McFarland NE Blvd., Tuscaloosa, AL 35406
The policy includes a blanket automatic additional insured endorsement that provides
additional insured status to the certificate holder when there is a written contract between the named
insured and the certificate holder that requires such status.

| **CERTIFICATE HOLDER** | **CANCELLATION** |
|---|---|
| Construction Enterprises, Inc. 325 Seaboard Lane, Suite 170 Franklin, TN 37067 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE *Fred Fisher* |

© 1988-2010 ACORD CORPORATION. All rights reserved.
ACORD 25 (2010/05)   1 of 1   The ACORD name and logo are registered marks of ACORD
#S10870242/M10869929   EDS