**GRANTED. The Initial Case Management Conference is continued and reset for January 4, 2024 at 8:30 a.m.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONSTRUCTION ENTERPRISES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GEMINI INSURANCE COMPANY, | ) CASE NO. Case 3:23-cv-00383 |
| ALLIED WORLD NATIONAL | ) |
| ASSURANCE COMPANY, EVANSTON | ) JURY DEMANDED |
| INSURANCE COMPANY, OHIO | ) |
| CASUALTY INSURANCE COMPANY, | ) |
| COLONY INSURANCE COMPANY, | ) |
| LIBERTY INSURANCE CORP., | ) |
| ENDURANCE AMERICAN SPECIALTY | ) |
| INSURANCE COMPANY, and | ) |
| SELECTIVE INSURANCE COMPANY | ) |
| OF THE SOUTHEAST. | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE AND FILING DEADLINES**

Plaintiff Construction Enterprises, Inc. ("CEI") respectfully moves the Court to continue the current case deadlines, including the dates for Defendants to respond to the Amended Complaint and the initial case management conference currently set for September 22, 2023, for an additional 90 days to allow time for negotiations seeking resolution of claims underlying the dispute at issue in this case. In support of its motion, CEI states as follows:

1. On April 20, 2023, CEI filed its original Complaint in this matter (Doc. 1), and the following day the Court scheduled an initial case management conference for June 20, 2023 (Doc. 4).